ACCEPTED
04-15-00240-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/3/2015 12:26:52 PM
KEITH HOTTLE
CLERK

NO. 04-15-00240-CR

| | | |
|---|---|---|
| MARIO JESUS RAMIREZ | § | IN THE FOURTH COURT |
| Appellant | § | |
| vs. | § | OF APPEALS AT |
| | § | |
| THE STATE OF TEXAS, | § | SAN ANTONIO, TEXAS |
| Appellee | § | |

## FIRST MOTION FOR EXTENSION OF TIME

## TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes Now, Mario Jesus Ramirez, Appellant, and files this Motion for Extension of Time to File Appellant's Brief under Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, and would show:

I.

The deadline for filing Appellant's brief is November 2, 2015. Appellant has received no previous extensions of time to file his brief.

II.

Appellant hereby requests a sixty-four (64) day extension of time to file his brief until January 5, 2016. This request is based on the following:

1. Appellant's attorney, the undersigned, was hospitalized two days in October.

1

2. The undersigned attorney has had difficulty securing a copy of the Reporter's Record from Amy Hinds, the individual who was the Official Court Reporter during Appellant's case. Ms. Hinds left her employment with the 379th District Court of Bexar County, Texas without filing a copy of the Reporter's Record with the Bexar County District Clerk's office. The only contact information the 379th District Court had for her was an e-mail address. Ms. Hinds has now promised to send a copy of the Reporter's Record, but the undersigned has not as yet received it.

3. The undersigned attorney will have a visit this month from out-of-state relatives who made travel plans months in advance.

4. This is a serious case in which Appellant was sentenced to Life imprisonment and a $10,000.00 fine. The extension requested herein is necessary to accord him with effective assistance of counsel on appeal.

WHEREFORE, PREMISES CONSIDERED, Appellant requests that this Court grant a sixty-four (64) day extension of time to file his brief until January 5, 2016.

Respectfully submitted,

/s/ Connie J. Kelley
Connie J. Kelley
Attorney for Defendant on Appeal
1108 Lavaca, #110-221
Austin, TX 78701

2

(512)445-4504
(512)478-2318 (fax)
warrentucker@grandecom.net
State Bar No. 11199600

CERTIFICATE OF SERVICE

This is to certify that I sent a true and correct copy of the foregoing to Nico

LaHood, Criminal District Attorney, at Paul Elizondo Tower, 101 W. Nueva, 7th

Floor, San Antonio, TX 78205, by regular mail on this 3rd day of November, 2015.


/s/ Connie J. Kelley
Connie J. Kelley


CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing document is in 14 point font.  The word

count is 264 words, which is in compliance with T.R.A.P. Rule 9.4.


/s/ Connie J. Kelley
Connie J. Kelley